# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL VAZQUEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:17-cv-01646 - JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 14) |

On August 6, 2018, the Court issued an order directing Plaintiff to show cause why the action should not be dismissed for his failure to prosecute the action and failure to comply with the Court's order to file an opening brief. (Doc. 13) On August 7, 2018, Plaintiff filed a request for an extension of time to file an opening brief, reporting the failure to do so was "due to a calendaring error" by counsel. (Doc. 14 at 2) Accordingly, the Court **ORDERS**:

1. Plaintiff's request for an extension of time is **GRANTED**; and
2. Plaintiff **SHALL** file an opening brief no later than **August 28, 2018**.

Upon the filing of the opening brief, the order to show cause will be discharged.

IT IS SO ORDERED.

Dated: **August 8, 2018**        **/s/ Jennifer L. Thurston**
                               UNITED STATES MAGISTRATE JUDGE