# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL VAZQUEZ, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:17-cv-01646 - JLT <br><br> ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED AUGUST 6, 2018 <br><br> (Doc. 13) |

Previously, the Court ordered Plaintiff to show cause why the action should not be dismissed for failure to prosecute and failure to comply with the Court's order to file an opening brief. (Doc. 13) In the alternative, Plaintiff was directed to file his opening brief. (*Id.* at 2) On August 16, 2018, Plaintiff filed his opening brief. (Doc. 16)

Accordingly, the Court **ORDERS**: The Order to Show Cause dated August 6, 2018 (Doc 13) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: __**August 31, 2018**__        __**/s/ Jennifer L. Thurston**__
                    UNITED STATES MAGISTRATE JUDGE

1