|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| MIGUEL VAZQUEZ, | ) Case No.: 1:17-cv-1646 - JLT |
|---|---|
| Plaintiff, | ) ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

On December 26, 2018, Miguel Vazquez and Nancy A. Berryhill, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 22)

Accordingly, the Court **ORDERS**: Subject to the terms of the parties' stipulation, fees in the amount of $4,000.00 are **AWARDED** to Plaintiff, Miguel Vazquez.

IT IS SO ORDERED.

Dated: **January 2, 2019**          /s/ Jennifer L. Thurston
                                                    UNITED STATES MAGISTRATE JUDGE

1